IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GREGORY LEE, #184 070, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 2:10cv753-WHA |
| | ) |
| MRS. GIPSON, et al., | )                (WO) |
| | ) |
| Defendants. | ) |

**ORDER**

There being no timely objection filed to the Recommendation of the Magistrate Judge (Doc. #3), entered on September 10, 2010, and upon an independent and *de novo* review of the file, the Recommendation is adopted, and it is hereby

ORDERED that this case is DISMISSED without prejudice for Plaintiff's failure to pay the requisite filing fee in full upon the initiation of this case. Final Judgment will be entered accordingly.

DONE this 7th day October, 2010.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE